# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> **(For a Petty Offense)** — Short Form |
| v. | CASE NUMBER: 12-po-01112-MJW |
| MATTHEW TOWNSEND and APRIL MEARSHA | none - pro se <br> (Defendant's Attorney) |

**THE DEFENDANT:** Both pled guilty to count 1 of the Information, on 11/20/12.

**ACCORDINGLY,** the court has adjudicated that the defendants are guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18:13-7990.P | Residing On National Forest Lands | On or about July 5, 2012 | 1 |

Defendant Townsend sentenced to one year unsupervised probation and $10 special assessment fee. Defendant Mearsha sentenced to one year unsupervised probation, $10 special assessment fee and 40 hours of community service as a condition of probation. Community Service may be completed at the defendants childrens Montessouri school, with proof of completion of hours to be provided to the government. As a condition of probation for both defendants, they are not to enter any federal, state, or county public lands during the year of probation. Counts 2 and 3 of the Information are dismissed.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | **Assessment** | **Fine** |
|---|---|---|
| **Total:** $20.00 | $10.00 per defendant | None |

01/11/13
Date of Imposition of Judgment

_____
Signature of Judicial Officer

Kathleen M. Tafoya, Magistrate Judge
Name & Title of Judicial Officer

_____
Date